THE BANK OF UNITED STATES, Respondent, *v.* PINCUS GLICKMAN, Appellant.

(Argued October 2, 1934; decided October 16, 1934.)

*Jacob L. Holtzmann* and *Lloyd Buchman* for appellant. *Richard F. Weeks, Arthur Ofner, Warren C. Fielding* and *Carl J. Austrian* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.